# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130432(57)(58)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 130432
                                    COA: 254237

THOMAS ANDREW CENSKE,
      Defendant-Appellant.

                                    Marquette CC: 03-040967-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's order of May 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to remand for an evidentiary hearing is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006                                         _____

p0724                                                  Clerk